**Order entered April 10, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183-J, F10-01184-J**

## ORDER

The Court **DENIES** appellant's March 27, 2014 and April 7, 2014 pro se motion for a summary judgment. *See Rudd v. State*, 616 S.W.2d 623 (Tex. Crim. App. [Panel Op.] 1981).

The Court **GRANTS** the April 4, 2014 motion of Nanette Hendrickson to withdraw as counsel. We **DIRECT** the Clerk to remove Ms. Hendrickson as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in these appeals and to transmit the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; LaMonica Littles, Court Coordinator, Criminal District Court No. 3; Nanette Hendrickson; and Michael Casillas.

We **ABATE** the appeals to allow the trial court to comply with this order.  The appeals will be reinstated fifteen days from the date of this order or when the order appointing new counsel is received.

/s/      LANA MYERS
JUSTICE